# EXHIBIT "A."



| Disability Support Services |
|---|
| 4525 Education Park Dr. |
| Schnecksville, PA 18078 |
| **Phone: 610-799-1154** |

## Academic Accommodation Memo

DATE: January 12, 2022
TO: Faculty of**, Alexander Saavedra, L00285391**
FROM: Kristen Lenhart, M.Ed.,Learning Specialist
RE: **Classroom Accommodations for Spring Semester 2022**

**THIS INFORMATION IS CONFIDENTIAL**

Alexander has a documented disability and is registered with Disability Support Services (DSS). He is to receive reasonable academic accommodations according to the Americans with Disabilities Act, 1990 and the Rehabilitation Act, 1973. These reasonable academic accommodations should be discussed with the instructor within the first week of classes or within one week of disclosure. Disability Support Services recommends the following academic accommodations and services:

** It is the student's responsibility to provide memos to a new Instructor if the originally assigned Instructor changes during the semester.**

| Academic Accommodations | Access Accommodations |
|---|---|
| Test/Quiz/Exam Accommodations with: <br> ☒ Extended Time: ☒ 50% <br> ☒ Distraction Reduced Environment: <br>   ☒ Testing Center <br>   ☒ Arrange with Instructor <br><br> ☒ Other: Additional absences for a flare of symptoms related to the student's disability beyond the syllabi policy, must be requested by the student to the Instructor within 24 hours by email. Extensions for missed assignments, exams, tasks must be discussed with the Instructor. The amount of flexibility for absences & missed work must be discussed based on the content and structure of the course. One to three day calendar extension when the disability related need arises and it does not impact the learning outcomes or essential functions of the class. | |
| | **Technology Accommodations** |

| Academic Support Services | |
|---|---|
| ☒ DSS Learning Specialist <br>   ☒ Study Skills <br>   ☒ Time Management <br>   ☒ Test Taking Skills <br>   ☐ Remedial Skills | ☒ Educational Support / Tutoring Services (610-799-1156) <br>   ☒ Reading Lab      ☐ Accounting Lab <br>   ☒ Writing Center   ☒ Science Lab <br>   ☒ Math Lab         ☒ Computer Commons <br>   ☒ Tutorials/Multimedia Materials |

After the necessary academic accommodations have been made, Alexander should be graded according to the same standards used for other LCCC students. Please address any questions concerning this information to DSS; 610-799- 1154. We welcome input and questions regarding this process. Thank you for helping to make Lehigh Carbon Community College an accessible and an equitable place to obtain an education.

Student Signature: _____   Date: _____

DSS Learning Specialist Signature: _*Kristen A. Lenhart*_____   Date: __9/24/2021

DSS Learning Specialist Signature (witness):____*Allison S. White*____   Date: __01/12/2022



**Disability Support Services**
4525 Education Park Dr.
Schnecksville, PA 18078
**Phone: 610-799-1154**

## Academic Accommodation Memo