UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER SAAVEDRA, : | |
| Plaintiff, : | |
| : | |
| v. : | No.  5:24-cv-2675 |
| : | |
| LEHIGH CARBON COMMUNITY COLLEGE, : | |
| Defendant. : | |

# O R D E R

**AND NOW**, this 23rd day of October, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion to Dismiss, *see* ECF No. 15, is **DISMISSED**;

2. Defendant's Amended Motion to Dismiss, ECF No. 16, is **DENIED with respect to Counts I-VII**;

3. Count VIII is **DISMISSED without prejudice**;

4. Defendant shall file an answer to the Complaint within fourteen (14) days of the date of this Order.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] *See* Fed. R. Civ. P. 12(a)(4)(A).