

February 23, 2025

**_Via ECF and U.S. Mail_**
Hon. Catherine Henry, U.S.D.J.
U.S. District Court (Easton)
Holmes Building
101 Larry Holmes Drive
Easton, PA 18072

**Re:** **Alexander Saavedra v. Lehigh Carbon Community College**
          **5:24-cv-02675**

Dear Judge Henry:

As Your Honor is aware, this firm, together with undersigned counsel, represents the Plaintiff in the above-captioned matter.

We are scheduled to appear before Your Honor on March 3, 2025, for an in-person Rule 16 conference. With the consent of my adversary, Ms. Alyssa Hicks, Esq., I am requesting, please, that the proceeding be converted to a virtual or telephonic conference. I have several matters scheduled around that same time in Philadelphia and in New Jersey, which conflict with appearing in Easton.

Thank you in advance for Your Honor's assistance.

---

**Montgomery Law**

| Pennsylvania | New Jersey* | Florida | Maine |
|---|---|---|---|
| 1420 Locust Street, Suite 420 | Historic Smithville, Suite 1 | 631 US 1, Suite 202 | 64 Paris Street |
| Philadelphia, PA 19102 | 1 N. New York Road | North Palm Beach, FL 33408 | Norway, ME 04268 |
| 215-650-7563 | Galloway NJ, 08205 | 561-408-1100 | 207-595-6498 |
|  | 856-282-5550 |  |  |

*all NJ mail to PA office

Respectfully submitted,

<u>/s/Bradley R. Flynn</u>

Bradley R. Flynn, Esq[1].
For The Montgomery Law Group, PLLC.
Attorneys for the Plaintiff

Cc.    Ms. Alyssa Hicks, Esq.
       King, Spry, Herman, Freund & Faul, LLC
       One West Broad Street
       Suite 700
       Bethlehem, PA 18020

---

[1] Admitted to practice law in Pennsylvania, New Jersey, and Maine, but not in Florida.