IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAAVEDRA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEHIGH CARBON COMMUNITY COLLEGE | : | NO.: 24-cv-2675 |

**O R D E R**

**AND NOW**, this **4th** day of **MARCH 2025**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is Magistrate (Lynne A. Sitarski). If the District Judge deems referral appropriate, a separate referral order, specifying the reason for referral, will be issued by the District Court Judge.

FOR THE COURT:

MITCHELL S. GOLDBERG
Chief Judge

ATTEST:

/s/George Wylesol
GEORGE WYLESOL
Clerk of Court