IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Alexander Saavedra,** | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | NO. 24-2675 |
| | : | |
| **Lehigh Carbon Community College** | : | |

## SCHEDULING ORDER

**AND NOW**, this 4th day of March 2025, after an Initial Pretrial Conference held with counsel on **March 3, 2025**, it is hereby **ORDERED** as follows:

1. All fact discovery shall be completed by **November 3, 2025**.

2. All expert reports are due by **January 15, 2026.**

3. Motions for summary judgment, or any other dispositive motions, shall be filed by **March 2, 2026.** Responses to any motions for summary judgment shall be filed by **April 2, 2026**. Reply briefs in support of summary judgment shall be filed by **April 16, 2026**.

4. This matter is referred to the Honorable Lynne A. Sitarski for the purposes of conducting a settlement conference.

5. The parties shall submit a status report to Chambers by **July 3, 2025**.

BY THE COURT:

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**