

1 W BROAD ST
SUITE 700
BETHLEHEM, PA 18018
610-332-0390
WWW.KINGSPRY.COM

July 11, 2025

VIA Electronic Case Filing
Honorable Lynne A. Sitarski
U.S. District Court – Eastern District of Pennsylvania

      RE: Saavedra v. Lehigh Carbon Community College
          Civil Action No. 24-2675

Dear Judge Sitarski:

    As you know, the Parties in the above referenced matter were before you for a virtual mediation on June 30, 2025. The Parties are continuing to discuss the terms of an amicable settlement. The next Board of Trustees meeting for the College is August 7, 2025. As such, the Parties respectfully request the opportunity to provide an additional update on August 8, 2025.

                              Jointly & respectfully submitted,

                              <u>/s/ Alyssa M. Hicks</u>
                              Alyssa M. Hicks, Esq.
                              Counsel for Defendants

Cc:    The Honorable Catherine Henry
          Bradley Flynn, Esq. (Counsel for Plaintiff)