

1 W BROAD ST
SUITE 700
BETHLEHEM, PA 18018
610-332-0390
WWW.KINGSPRY.COM

August 15, 2025

VIA Electronic Case Filing
Honorable Lynne A. Sitarski
U.S. District Court – Eastern District of Pennsylvania

    RE: Saavedra v. Lehigh Carbon Community College
        Civil Action No. 24-2675

Dear Judge Sitarski:

    At this time, the parties are unable to reach a settlement and intend to proceed with discovery. In the event counsel believes the case is once again ripe for mediation, it will notify the Court.

    Jointly & respectfully submitted,

*/s/ Alyssa M. Hicks*
Alyssa M. Hicks, Esq.
Counsel for Defendants

Cc:    The Honorable Catherine Henry
        Bradley Flynn, Esq. (Counsel for Plaintiff)